ACCEPTED
01-14-00232-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 2:41:46 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00232-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/4/2015 2:41:46 PM

CHRISTOPHER A. PRINE
Clerk

**ARTURO CHAVEZ**
**Appellant**

**V.**

**STATE OF TEXAS**
**Appellee**

On Appeal from the 338th Judicial District Court of Harris
County, Texas - Trial Court No. 1338052
Honorable Brock Thomas

**MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

Arturo Chavez, Appellant, requests leave to file a corrected brief. The corrected brief, filed at the same time as this motion, makes typographic, grammatical, and stylistic changes to the original brief. The substance of the original brief remains the same.

Respectfully submitted,

DeGUERIN, DICKSON, HENNESSY & WARD

*/s/Matt Hennessy*
Matt Hennessy
State Bar No. 00787677
1018 Preston, 7th Floor
Houston, Texas 77002
(713 223-5959 Telephone
(713) 223-9231 Facsimile
matt@deguerin.com

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Motion for Leave to File Corrected Brief has been delivered to Kimberly Stelter, Assistant District Attorney, Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002, via electronic filing, on March 4, 2015.


*/s/Matt Hennessy*
Matt Hennessy